GRODSKY & OLECKI LLP
Allen B. Grodsky (SBN 111064)
allen@thegolawfirm.com
Tim B. Henderson (SBN 281159)
tim@thegolawfirm.com
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants Circle of Confusion Productions, LLC, New Circle of Confusion Productions, Inc., Robert Kirkman, LLC, Robert Kirkman, David Alpert, and Skybound Productions, Inc.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAM SMITH, JR., a/k/a MEL SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMC NETWORKS INC., et al.,<br><br>Defendants. | Case No: 5:18-cv-03803-LHK<br><br>**JOINT STATUS UPDATE AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC date: March 20, 2019 |

In accordance with the Court's September 26, 2018 Case Management Order (Dkt. 54), the Parties hereby provide the following joint status update:

On February 19, 2019, the Parties participated in a mediation that resolved the matter. Subject to the completion of certain conditions, the Parties expect this case to be dismissed in its entirety on or before March 22, 2019.

Accordingly, the Parties respectfully request that the Court continue the case management conference currently set for March 20, 2019 for approximately 30 days, and reschedule the deadline to file a joint case management conference statement, currently due March 13, 2019, accordingly.

Therefore, it is stipulated and agreed by the Parties that the case management conference currently set for March 20, 2019, at 2:00 p.m., should be continued to April 17, 2019 at 2:00 p.m., or another date convenient to the Court, and a joint case management statement will be submitted at least seven days prior to the continued case management conference.

[Signatures on following page]

| | | |
|---|---|---|
| Dated:  March 6, 2019 | | PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP |

 /s/ David M. Given
David M. Given

Attorneys for Plaintiff Mel Smith

Dated:  March 6, 2019             GRODSKY & OLECKI LLP

 /s/  Allen B. Grodsky
Allen B. Grodsky

Attorneys for Defendants Skybound Productions, Inc., Circle of Confusion Productions, LLC, New Circle of Confusion Productions, Inc., Robert Kirkman, LLC, Robert Kirkman, and David Alpert

Dated:  March 6, 2019             DAVIS WRIGHT TREMAINE LLP

 /s/  Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for AMC TV Networks Inc., AMC Film Holdings LLC, AMC Network Entertainment LLC, AMC TV Studios LLC and Valhalla Entertainment, Inc.

I, Allen B. Grodsky, am the ECF user whose identification and password is being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

Dated:  March 6, 2019             GRODSKY & OLECKI LLP

 /s/  Allen B. Grodsky
Allen B. Grodsky